# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**THERESA M. BOWEN**

                V.              **CASE NUMBER: 5:02-CV-749(HGM/DEP)**

**NIAGARA MOHAWK POWER CORPORATION**

**[ ]**    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF dismissing the complaint pursuant to the Memorandum-Decision and Order of the Hon. Howard G. Munson filed on October 30, 2006.

DATED:    October 30, 2006

                                                            Clerk of Court

LKB:lmp